IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Luke Aaron Follet, Jr., | ) | Case No. 1:20-cr-102 |
| | ) | |
| Defendant. | ) | |

On December 12, 2022, the court issued an order releasing defendant on December 16, 2022, subject to his existing conditions of supervised release and with the additional conditions that he: (1) travel to Fargo using the bus ticket provided to him by his probation officer and immediately report to and reside at F5 upon his arrival in Fargo;(2) not change his residence without prior authorization from his probation officer; (3) fully participate in F5's programming and fully with F5's rules and regulations; (4) submit to a drug and alcohol screening upon his arrival at F5; and (5) wear a "drug patch" as directed by his probation officer.

Bus service to Fargo has been suspended due to inclement weather. It is unclear when service will resume. Consequently, the court vacates its December 12, 2022, order. Defendant shall remain in custody pending further order of the court. Once bus service to Fargo has resumed and the probation officer is able to purchase another ticket for defendant, the court shall revisit the issue of defendant's custody.

**IT IS SO ORDERED.**

Dated this 16th day of December, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court